STATE of Missouri, Respondent,

v.

Walter Daniel DIXON, Appellant.

No. 48483.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 26, 1984.

Frank A. Anzalone, Clayton, for appellant.

James E. Baker, Clayton, for respondent.

ORDER

PER CURIAM:

Appeal from conviction of burglary in the second degree, and stealing over $150.00, § 570.030, RSMo 1978, and respective sentences of three years of imprisonment, to be served consecutively.

Affirmed. Rule 30.25(b).